IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PATSY PRICE                                                  PLAINTIFF

v.                  Civil No. 04-6075

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                              DEFENDANT

## **JUDGMENT**

On this the 14th day of April, 2006, the Court has before it for consideration, plaintiff's request for attorney's fees for Mr. Allan Nussbaum, pursuant to *42 U.S.C. § 406.* In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court approves an award of $10,250.50 in attorney's fees pursuant to *42 U.S.C. § 406(b),* with adjustments regarding the credits and reimbursements set forth more particularly in the Memorandum Opinion.

.     IT IS SO ORDERED.

                                                 /s/ Bobby E. Shepherd
                                                 HONORABLE BOBBY E. SHEPHERD
                                                 UNITED STATES MAGISTRATE JUDGE